UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIENNE FLOREEN,<br><br>    Plaintiff,<br><br>    v.<br><br>JASON JUCUTAN, et al.,<br><br>    Defendants. | Case No.  12-cv-05071-WHO<br><br>**ORDER SETTING HEARING ON MOTION TO DISMISS AND SETTTING CASE MANAGEMENT CONFERENCE** |

Having reviewed the docket in this case and the Case Management Statement filed by defendants, the Court ORDERS as follows:

The County's motion to dismiss shall be filed on or before September 12, 2013. Plaintiff's opposition shall be filed on or before September 26, 2013, and the County's reply shall be filed on or before October 3, 2013.

The hearing on the County's motion to dismiss shall be on October 16, 2013 at 2:00 p.m. in Courtroom 2, 17th Floor, San Francisco.

A further Case Management Conference shall be held on October 16, 2013, following the hearing on the motion to dismiss.

**IT IS SO ORDERED**.

Dated: July 19, 2013

_____
WILLIAM H. ORRICK
United States District Judge