UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIENNE FLOREEN,<br><br>                    Plaintiff,<br><br>           v.<br><br>JASON JUCUTAN, et al.,<br><br>                    Defendants. | Case No.  12-cv-05071-WHO<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 43 |

Currently before the Court is defendants' Motion to Dismiss, which is set for hearing on October 16, 2013.  Docket No. 43.  Plaintiff's opposition to the motion to dismiss was due on September 26, 2013.  As of today's date, no opposition has been filed.  Therefore, plaintiff is ORDERED TO SHOW CAUSE as to why this case should not be dismissed for failure to prosecute and failure to comply with the Court's Orders.  To comply with this Order to Show Cause, plaintiff must file her opposition, or a statement of non-opposition, by **October 16, 2013**. Any reply must be filed on or before October 23, 2013, and the hearing on the motion to dismiss is reset to **November 6, 2013**.

Failure to file the required brief by **October 16, 2013** will result in the Court dismissing this action for failure to prosecute.  *See* Fed. R. Civ. Proc. 41(b).

**IT IS SO ORDERED**.

Dated: October 3, 2013

_____
WILLIAM H. ORRICK
United States District Judge