UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIENNE FLOREEN,<br><br>    Plaintiff,<br><br>    v.<br><br>JASON JUCUTAN, et al.,<br><br>    Defendants. | Case No. 12-cv-05071-WHO<br><br>**ORDER DISMISSING CASE** |

On October 3, 2013, the Court issued an Order to Show Cause requiring plaintiff to file her opposition, or a statement of non-opposition, to defendants' motions to dismiss by October 16, 2013. Plaintiff was warned that failure to file the required brief by October 16, 2013, would result in the Court dismissing this case for failure to prosecute under Federal Rule of Civil Procedure 41(b). *See* Docket No. 47.

As of today's date, plaintiff has not filed the required opposition or statement of non-opposition. Accordingly, this case is dismissed without prejudice for failure to prosecute. *See* Fed. R. Civ. Proc. 41(b).

**IT IS SO ORDERED**.

Dated: October 22, 2013

WILLIAM H. ORRICK
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIENNE FLOREEN,<br><br>　　　　　Plaintiff,<br><br>   v.<br><br>JASON JUCUTAN et al,<br><br>　　　　　Defendant._____/ | Case Number: CV12-05071 WHO<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 22, 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy into an inter-office delivery receptacle located in the Clerk's office.


Adrienne Floreen
P.O. Box 2164
McKinleyville, CA 95519


Dated: October 22, 2013

　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　　　By: Jean Davis, Deputy Clerk